| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | 38TH JUDICIAL DISTRICT |
| COUNTY OF ALLEN | ) | CAUSE NO. 02D09-2306-CT-000435 |

Jackqueline R Martin-Casebeer-Fontenette

      **Plaintiff,**

      **Vs**

**DOLLAR GENERAL,**
**OFFICER G. SHANEBROOK**

      **Defendant.**

## COMPLAINT FOR DAMAGES

COME NOW, Plaintiff, Jackqueline R Martin-Casebeer-Fontenette, (Fontenette), files her claim for damages and demands a jury trial in the matter, nd states:

    **1.** Fontenette is an adult female who is a resident of Fort Wayne, Allen County, Indiana.

    **2.** Defendant Dollar General is a domestic limited liability corp. authorized to conduct business in the State of Indiana with its principal place of business is in Fort Wayne, IN.

3. Defendant **Officer Shanebrook** is named as Defendant and sued in their individual capacities under **42 U.S.C. § 1983 and was** acting as persons under color of law pursuant to the authority granted to them by state statutes and local ordinances.

4. That the defendants fabricated the facts established in the attached investigative report and was trying to initiate prosecution with probable cause, and is therefore liable to the Plaintiff under 42 U.S.C. § 1983 and the Fourteenth Amendment of the United States Constitution.

5. Fontenette suffered mentally, emotional distress, mental anguish, humiliation, embarrassment, and other damages and injuries for which she seeks compensatory damages.

6. The actions of the Defendants, and all of them, were intentional and in reckless disregard of Plaintiff's federally protected civil rights warranting an imposition of punitive damages.

**WHEREFORE,** Plaintiff prays for judgment against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

*[signature]*

Jackqueline R Martin-Casebeer-Fontenette
3716 Abbott Street
Fort Wayne, IN 46806

### Certificate of Service

I hereby duly certify that i have served upon the clerk a true and complete copy of the foregoing this 15th **days of June 2023**, personal service

*[signature]*