UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JACKQUELINE R. MARTIN-CASEBEER-FONTENETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-CV-292-HAB |
| | ) | |
| DOLLAR GENERAL and G. SHANEBROOK, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The United States Magistrate Judge's Report and Recommendation (ECF No. 18) was issued October 30, 2023, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 18) is ACCEPTED AND ADOPTED.

This case is DISMISSED because of Plaintiff's failure to attend the preliminary pretrial conference, two show cause hearings, and otherwise prosecute her case under to Fed. R. Civ. P. 16(f)(1) and 41(b) and the Court's inherent power to manage its own affairs. The Clerk is DIRECTED to enter judgment for Defendants and against Plaintiff.

SO ORDERED on March 25, 2024.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT