AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JACKQUELINE R MARTIN-CASEBEER- FONTENETTE

    Plaintiff

        v.                        Civil Action No. 1:23-cv-292

DOLLAR GENERAL

G. SHANEBROOK
*Officer*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ___ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED. Judgment is ENTERED in favor of the of the Defendants, Dollar General and G. Shanebrook, and against the Plaintiff, Jackqueline R Martin - Casebeer – Fontenette.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Holly A Brady on Report and Recommendations of the Magistrate Judge.

DATE:   3/27/2024                                       CHANDA J BERTA, CLERK OF COURT

                                                                    by       s/N. Corle
                                                                    *Signature of Crk or Deputy Clerk*